UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANONYMOUS PLAINTIFF,

               Plaintiff,                       ORDER

-against-                                        12 Civ. 4378 (ALC)

UNITED STATES ATTORNEY GENERAL;
NEW YORK ATTORNEY GENERAL;
CONGRESS; NEW YORK STATE; HOLDER;
SCHNEIDERMAN; ALL ASSOCIATED
PARTIES,

               Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5-3-13

ANDREW L. CARTER, JR., United States District Judge:

      Conferences in this action having been scheduled for April 4 and May 3, 2013, and plaintiff having failed to appear.

      Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) and/or the inherent powers of the Court. Such showing should be made by affidavit and memorandum of law filed <u>on or before</u> May 29, 2013. Defendants should reply by June 18, 2013.

      It is ORDERED that plaintiff appear before this Court in **Courtroom 1306, 40 Foley Square, New York, NY 10007**, on **June 28, 2013 at 11:00** to Show Cause why this action should not be dismissed for failure to prosecute. Plaintiff is informed that failure to appear at this conference may result in dismissal of his complaint.

      IT IS FURTHER ORDERED that counsel for the defendants should likewise appear at this conference.

      SO ORDERED:

Dated: New York, New York
       May 3, 2013

                                              ANDREW L. CARTER, JR.
                                              United States District Judge